**William H. MILLER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 13, 2004.

### ORDER

PER CURIAM.

AND NOW, this 13th day of May, 2004, probable jurisdiction is noted and the order appealed is affirmed.

■

**COMMONWEALTH of Pennsylvania, Department of Environmental Resources, Appellee,**

v.

**BOB NORTH, INC., & Kim Graves, Appellants.**

Supreme Court of Pennsylvania.

May 13, 2004.

### ORDER

PER CURIAM.

AND NOW, this 13th day of May, 2004, the above captioned appeal is quashed as an interlocutory order pursuant to Rule 341, Pa.R.A.P.